BARBARA J. PARKER, City Attorney – SBN 069722
OTIS McGee, Jr., Chief Assistant City Attorney – SBN. 71885
JAMES F. HODGKINS, Supervising Trial Attorney – SBN 142561
WENDY M. GARBERS, Deputy City Attorney – SBN 213208
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California  94612
Phone:  (510) 238-6524, Fax:  (510) 238-6500
30162/1455592

Attorneys for Defendants
CITY OF OAKLAND, et al.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JACOB CRAWFORD and DAVIS MORSE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND; CHIEF SEAN WHENT, DEPUTY CHIEF DAVID DOWNING, SGT. DARRIN DOWNUM, SGT. MARK RHODEN, OFFICERS MELISSA BADDIE, WILLIAM BERGERON, JOSEPH FONG, and KRISTINA TIKKANEN, individually and in their official capacities; and DOES 1 - 50, inclusive,<br><br>Defendants. | Case No.  3:14-cv-3003 JSW<br><br>**DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT**<br><br>**(DEMAND FOR JURY TRIAL)** |

Defendants City of Oakland, Chief Sean Whent, Deputy Chief David Downing, Sergeant Darrin Downum, Sergeant Mark Rhoden, Officer Melissa Baddie, Officer William Bergeron, Officer Joseph Fong, and Officer Kristina Tikkanen (collectively "Defendants") hereby respond to Plaintiffs' Complaint for Damages for Violation of Civil Rights and Other Wrongs (the "Complaint") as follows:

**I.  INTRODUCTION**

1.      Answering paragraph 1 of the Complaint, Defendants deny the allegations contained therein.

2.      Answering paragraph 2 of the Complaint, Defendants deny that plaintiff Jacob Crawford was given a "groundless citation."  Defendants are without sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations contained in said paragraph, and on that basis, deny them.

3.      Answering paragraph 3 of the Complaint, Defendants deny that plaintiffs Jacob Crawford and David Morse were given groundless citations.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations contained in said paragraph, and on that basis, deny them.

4.      Answering paragraph 4 of the Complaint, Defendants deny the allegations contained therein.

5.      Answering paragraph 5 of the Complaint, Defendants deny the allegations contained therein.

**II.  JURISDICTION AND VENUE**

6.      Answering paragraph 6 of the Complaint, Defendants admit that this Court has jurisdiction to hear federal civil rights claims pursuant to 42 U.S.C. § 1983 *et seq.*; 28 U.S.C. § 1331; and 28 U.S.C. § 1343.  Defendants further admit that this Court has supplemental jurisdiction to hear related state law claims pursuant to 28 U.S.C. § 1367. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis, deny each and every remaining allegation contained therein.

7.      Answering paragraph 7 of the Complaint, Defendants admit that the alleged claims arose in Oakland, California, and therefore, venue and assignment lies in the United States District Court for the Northern District of California, San Francisco or

Oakland Division, pursuant to N.D. Cal. Civ. L.R. 3-2(d).

8.      Answering paragraph 8 of the Complaint, Defendants admit that plaintiffs filed a claims regarding the July 2013 and January 2014 incidents, both of which the City has denied.  Except as expressly admitted, Defendants deny all remaining allegations contained in said paragraph.

### III.  INTRADISTRICT ASSIGNMENT

9.      Answering paragraph 9 of the Complaint, Defendants admit that the alleged claims arose in Oakland, California, and therefore, assignment lies in the United States District Court for the Northern District of California, San Francisco or Oakland Division, pursuant to N.D. Cal. Civ. L.R. 3-2(d).

### IV.  THE PARTIES

10.      Answering paragraph 10 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, deny each and every allegation contained therein.

11.      Answering paragraph 11 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, deny each and every allegation contained therein.

12.      Answering paragraph 12 of the Complaint, Defendants admit that the City of Oakland is a municipality duly organized and existing under the laws of the State of California.

13.      Answering paragraph 13 of the Complaint, Defendants admit that Sean Whent is the Chief of Police for the City of Oakland.  Except as expressly admitted, Defendants deny all remaining allegations contained in said paragraph.

14.      Answering paragraph 14 of the Complaint, Defendants admit that David Downing is a Deputy Chief of Police for the City of Oakland.  Except as expressly admitted, Defendants deny all remaining allegations contained in said paragraph.

1     15.    Answering paragraph 15 of the Complaint, Defendants admit that Darrin

2    Downum and Mark Rhoden are Sergeants in the Oakland Police Department.  Except as

3    expressly admitted, Defendants deny all remaining allegations contained in said

4    paragraph.

5     16.    Answering paragraph 16 of the Complaint, Defendants admit that Melissa

6    Baddie, William Bergeron, Joseph Fong, and Kristina Tikkanen are Officers in the

7    Oakland Police Department.  Except as expressly admitted, Defendants deny all

8    remaining allegations contained in said paragraph.

9     17.    Answering paragraph 17 of the Complaint, Defendants admit that Plaintiffs

10    purport to sue all Defendants in their individual and official capacities, but deny that this is

11    appropriate.

12     18.    Answering paragraph 18 of the Complaint, Defendants are without sufficient

13    knowledge or information to form a belief as to the truth of the allegations contained in

14    said paragraph, and on that basis, deny each and every allegation contained therein.

15     19.    Answering paragraph 19 of the Complaint, Defendants deny the allegations

16    contained therein.

17     20.    Answering paragraph 20 of the Complaint, Defendants deny the allegations

18    contained therein.

19     21.    Answering paragraph 21 of the Complaint, Defendants deny the allegations

20    contained therein.

21    **V.  FACTUAL ALLEGATIONS**

22     22.    Answering paragraph 22 of the Complaint, Defendants are without sufficient

23    knowledge or information to form a belief as to the truth of the allegations contained in

24    said paragraph, and on that basis, deny each and every allegation contained therein.

25     23.    Answering paragraph 23 of the Complaint, Defendants admit that plaintiff

26    Crawford was cited for violation of California Vehicle Code § 21950(b) on July 19, 2013.

1  Except as expressly admitted, Defendants deny all remaining allegations contained in said
2  paragraph.

3       24.    Answering paragraph 24 of the Complaint, Defendants deny the allegations
4  contained therein.

5       25.    Answering paragraph 25 of the Complaint, Defendants deny the allegations
6  contained therein.

7       26.    Answering paragraph 26 of the Complaint, Defendants are without sufficient
8  knowledge or information to form a belief as to the truth of the allegations contained in
9  said paragraph, and on that basis, deny each and every allegation contained therein.

10      27.    Answering paragraph 27 of the Complaint, Defendants deny the allegations
11  contained therein.

12      28.    Answering paragraph 28 of the Complaint, Defendants are without sufficient
13  knowledge or information to form a belief as to the truth of the allegations contained in
14  said paragraph, and on that basis, deny each and every allegation contained therein.

15      29.    Answering paragraph 29 of the Complaint, Defendants are without sufficient
16  knowledge or information to form a belief as to the truth of the allegations contained in
17  said paragraph, and on that basis, deny each and every allegation contained therein.

18      30.    Answering paragraph 30 of the Complaint, Defendants are without sufficient
19  knowledge or information to form a belief as to the truth of the allegations contained in
20  said paragraph, and on that basis, deny each and every allegation contained therein.

21      31.    Answering paragraph 31 of the Complaint, Defendants are without sufficient
22  knowledge or information to form a belief as to the truth of the allegations contained in
23  said paragraph, and on that basis, deny each and every allegation contained therein.

24      32.    Answering paragraph 32 of the Complaint, Defendants deny the allegations
25  contained therein.

26      33.    Answering paragraph 33 of the Complaint, Defendants admit that plaintiffs

1  Crawford and Morse were cited for violation of California Vehicle Code § 21453(a) on
2  January 13, 2014.  Defendants are without sufficient knowledge or information to form a
3  belief as to the truth of the remaining allegations contained in said paragraph, and on that
4  basis, deny each and every remaining allegation contained therein.

5      34.    Answering paragraph 34 of the Complaint, Defendants deny the allegations
6  contained therein.

7      35.    Answering paragraph 35 of the Complaint, Defendants admit that Sergeant
8  Mark Rhoden spoke with plaintiffs Crawford and Morse and refused their request to
9  rescind the citations.  Defendants are without sufficient knowledge or information to form a
10 belief as to the truth of the remaining allegations contained in said paragraph, and on that
11 basis, deny each and every remaining allegation contained therein.

12     36.    Answering paragraph 36 of the Complaint, Defendants are without sufficient
13 knowledge or information to form a belief as to the truth of the allegations contained in
14 said paragraph, and on that basis, deny each and every allegation contained therein.

15     37.    Answering paragraph 37 of the Complaint, Defendants deny the allegations
16 contained therein.

17                    **VI.  REQUISITES FOR RELIEF**

18     38.    Answering paragraph 38 of the Complaint, Defendants deny the allegations
19 contained therein.

20     39.    Answering paragraph 39 of the Complaint, Defendants deny the allegations
21 contained therein.

22     40.    Answering paragraph 40 of the Complaint, Defendants deny the allegations
23 contained therein.

24     41.    Answering paragraph 41 of the Complaint, Defendants deny the allegations
25 contained therein.

26     42.    Answering paragraph 42 of the Complaint, Defendants are without sufficient

knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, deny each and every allegation contained therein.

**VII.  CLAIMS FOR RELIEF**

**(One—Violation of Fourth Amendment, 42 U.S.C. § 1983)**

43.     Answering paragraph 43 of the Complaint, Defendants incorporate by reference their responses to the preceding paragraphs of the Complaint.

44.     Answering paragraph 44 of the Complaint, Defendants deny the allegations contained therein.

**(Two—Violation of First Amendment, 42 U.S.C. § 1983)**

45.     Answering paragraph 45 of the Complaint, Defendants incorporate by reference their responses to the preceding paragraphs of the Complaint.

46.     Answering paragraph 46 of the Complaint, Defendants deny the allegations contained therein.

**(Three—Violation of Fourteenth Amendment, 42 U.S.C. § 1983)**

47.     Answering paragraph 47 of the Complaint, Defendants incorporate by reference their responses to the preceding paragraphs of the Complaint.

48.     Answering paragraph 48 of the Complaint, Defendants deny the allegations contained therein.

**(Four—California Constitution, Art. I, § 1)**

49.     Answering paragraph 49 of the Complaint, Defendants incorporate by reference their responses to the preceding paragraphs of the Complaint.

50.     Answering paragraph 50 of the Complaint, Defendants deny the allegations contained therein.

**(Five—False Arrest)**

51.     Answering paragraph 51 of the Complaint, Defendants incorporate by reference their responses to the preceding paragraphs of the Complaint.

1    52.    Answering paragraph 52 of the Complaint, Defendants deny the allegations

2    contained therein.

3    **(Six—Abuse of Process)**

4    53.    Answering paragraph 53 of the Complaint, Defendants incorporate by

5    reference their responses to the preceding paragraphs of the Complaint.

6    54.    Answering paragraph 54 of the Complaint, Defendants deny the allegations

7    contained therein.

8    **(Seven—Malicious Prosecution)**

9    55.    Answering paragraph 55 of the Complaint, Defendants incorporate by

10   reference their responses to the preceding paragraphs of the Complaint.

11   56.    Answering paragraph 56 of the Complaint, Defendants deny the allegations

12   contained therein.

13   57.    Answering paragraph 57 of the Complaint, Defendants are without sufficient

14   knowledge or information to form a belief as to the truth of the allegations contained in

15   said paragraph, and on that basis, deny each and every allegation contained therein.

16   **(Eight—Violation of California Civil Code § 51.7)**

17   58.    Answering paragraph 58 of the Complaint, Defendants incorporate by

18   reference their responses to the preceding paragraphs of the Complaint.

19   59.    Answering paragraph 59 of the Complaint, Defendants deny the allegations

20   contained therein.

21   **(Nine—Violation of California Civil Code § 52.1)**

22   60.    Answering paragraph 60 of the Complaint, Defendants incorporate by

23   reference their responses to the preceding paragraphs of the Complaint.

24   61.    Answering paragraph 61 of the Complaint, Defendants deny the allegations

25   contained therein.

26

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

1.  The Complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

**(Comparative Negligence)**

2.  Defendants allege, on information and belief, that plaintiffs did not exercise ordinary care, caution, or prudence to avoid the alleged event and/or accident; consequently, the subsequent injuries or damages, if any, sustained by plaintiffs were proximately caused by and contributed to by plaintiffs' comparative negligence, and any damages they might otherwise be entitled to should be proportionately reduced by the degree of plaintiffs' negligence.

**THIRD AFFIRMATIVE DEFENSE**

**(Assumption of Risk)**

3.  The Complaint is barred, in whole or in part, by the doctrine of primary assumption of the risk.

**FOURTH AFFIRMATIVE DEFENSE**

**(Governmental Immunity)**

4.  The state-law claims in the Complaint are barred by all applicable Government Code protections and immunities, including, but not limited to, sections 815 through 900. Said sections are pleaded as though fully set forth herein.

**FIFTH AFFIRMATIVE DEFENSE**

**(Qualified Immunity)**

5.  All of the actions of Defendants were undertaken in good faith and with the reasonable belief that such actions were valid, necessary, reasonable, lawful and constitutionally proper, entitling Defendants to the qualified immunity of good faith.

1

**SIXTH AFFIRMATIVE DEFENSE**

2

**(Unclean Hands)**

3

6.    The Complaint is barred, in whole or in part, by the doctrine of unclean

4

hands.

5

**SEVENTH AFFIRMATIVE DEFENSE**

6

**(Waiver)**

7

7.    The Complaint is barred, in whole or in part, by the doctrine of waiver.

8

**EIGHTH AFFIRMATIVE DEFENSE**

9

**(Failure to Mitigate)**

10

8.    The Complaint is barred, in whole or in part, by plaintiffs' failure to mitigate

11

their claimed damages.

12

**NINTH AFFIRMATIVE DEFENSE**

13

**(Statute of Limitations)**

14

9.    The Complaint is barred, in whole or in part, by all applicable statutes of

15

limitations, including, but not limited to, Government Code § 945.6.

16

**TENTH AFFIRMATIVE DEFENSE**

17

**(Failure to Exhaust)**

18

10.    To the extent that plaintiffs allege or assert matters not contained in a legally

19

sufficient claim filed by them, this action is barred by the claims requirements set forth in

20

Government Code Sections 905 *et seq.*

21

22

23

24

25

26

1                               **PRAYER FOR RELIEF**

2         **WHEREFORE**, Defendants prays that:

3         1.      Plaintiffs take nothing by their Complaint;

4         2.      Defendants have judgment against plaintiffs;

5         3.      Defendants be awarded their costs of suit; and

6         4.      For such other and further relief as the Court may deem proper.

7

8 Dated: September 5, 2014

                                   BARBARA J. PARKER, City Attorney

9                                    OTIS McGee, Jr., Chief Assistant City Attorney

                                   JAMES F. HODGKINS, Supervising Trial Attorney

10                                   WENDY M. GARBERS, Deputy City Attorney

11

12                       By:   /s/ Wendy M. Garbers

                                   Attorneys for Defendants,

13                                    CITY OF OAKLAND, et al.

14

15

16                            **DEMAND FOR JURY TRIAL**

17         Defendants hereby demand a trial by jury.

18

19 Dated: September 5, 2014

                                   BARBARA J. PARKER, City Attorney

20                                    OTIS McGee, Jr., Special Counsel

                                   JAMES F. HODGKINS, Supervising Trial Attorney

21                                    WENDY M. GARBERS, Deputy City Attorney

22

23                       By:   /s/ Wendy M. Garbers

                                   Attorneys for Defendants,

24                                    CITY OF OAKLAND, et al.

25

26

DEFENDANTS' ANSWER TO PLAINTIFFS'       -11-                  3:14-cv-3003 JSW
COMPLAINT