John J. Verber, State Bar No. 139917
Aimee Hamoy-Perera, State Bar No. 221228
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:      (510) 835-6666
Email: jverber@burnhambrown.com
          ahamoy-perera@burnhambrown.com

Attorneys for Defendant
SGT. DARRIN DOWNUM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB CRAWFORD and DAVID MORSE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND; CHIEF SEAN WHENT, DEPUTY CHIEF DAVID DOWNING, SGT. DARRIN DOWNUM, SGT. MARK RHODEN, OFFICERS MELISSA BADDIE, WILLIAM BERGERON, JOSEPH FONG, and KRISTINA TIKKANEN, individually and in their official capacities; and DOES 1-50, inclusive,<br><br>Defendants. | No. 3:14-cv-03003 VC<br><br>**STIPULATION TO CONTINUE DISCOVERY CUT-OFF AND TRIAL DATES AND [~~PROPOSED~~] ORDER**<br>AS MODIFIED<br>**Complaint Filed:  June 30, 2014** |

John Verber was recently retained to represent Sgt. Darrin Downum in this matter. Currently, there is a settlement conference scheduled for Tuesday, February 3, 2015.  Since Mr. Verber is new to the case and needs adequate time to prepare for meaningful settlement discussions and because he will be out of the country from January 31, 2015 to February 17, 2015 to attend his son's wedding in China, the parties stipulated to continue the settlement conference with Judge Beeler to April 14, 2015 (a Stipulation and Proposed Order has been filed with Judge Beeler).

In light of Mr. Verber's entry into this case and in anticipation of the settlement conference being rescheduled, the parties respectfully request that the Court vacate the current pre-trial and trial dates and adopt the proposed dates listed below. This will allow the parties to adequately prepare for and participate in meaningful settlement discussions and possibly avoid unnecessary discovery.

|  | **CURRENT DATES** | **PROPOSED DATES** |
|---|---|---|
| Discovery Cut-off | May 1, 2015 | July 1, 2015 |
| Expert Discovery Cut-off | June 5, 2015 | August 5, 2015 |
| Pretrial Conference | September 15, 2015 1:00 p.m. | November 17, 2015 |
| Trial | September 28, 2015 8:30 a.m. | December 7, 2015 |

IT IS SO STIPULATED.

DATED: January 7, 2015         BURNHAM BROWN

　　　　　　　　　　　　　　　　 /s/ John J. Verber
　　　　　　　　　　　　　　　　JOHN J. VERBER
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　SGT. DARRIN DOWNUM

DATED: January 7, 2015         RACHEL LEDERMAN & ALEXIS C. BEACH

　　　　　　　　　　　　　　　　 /s/ Rachel Lederman
　　　　　　　　　　　　　　　　RACHEL LEDERMAN
　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　JACOB CRAWFORD and DAVID MORSE

DATED: January 7, 2015         OAKLAND CITY ATTORNEYS OFFICE

　　　　　　　　　　　　　　　　 /s/ Wendy M. Garbers
　　　　　　　　　　　　　　　　WENDY M. GARBERS
　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　CITY OF OAKLAND, et al.

## **ORDER**

It is so ordered.   The Court does not anticipate granting any further continuances.

DATED: January 14, 2015



4838-9563-1905, v.  1