# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** April 14, 2015 | **Time:** 3 Hours | **Judge:** LAUREL BEELER |
|---|---|---|
| **Case No.:** 14-cv-03003-VC (LB) | **Case Name:** Crawford v. City of Oakland | |

**Attorney for Plaintiff:** Rachael Lederman
**Attorney for Defendant:** Arlene Rosen and John J. Verber
**Client(s):** David Morris, Jacob Crawford, David E. Downing, D. Downum, William Bergeron

**Deputy Clerk:** Lashanda Scott          **Digital FTR Recording:** 12:52-12:55

## PROCEEDINGS

Settlement Conference held. Case settled subject to the contingency of Board approval.